**Order entered November 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00836-CR

### JESUS ANTHONY RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-75239-R

## ORDER

Before the Court is appellant's November 16, 2017 motion regarding missing exhibits and to hold the briefing schedule in abeyance. In his motion, appellant requests that the Court address exhibits missing from the reporter's record and suspend briefing.

The reporter's record, filed on October 20, 2017, does not contain copies of DVD recordings admitted into evidence as State's Exhibit 76 and defense exhibits 2 and 4. By order entered October 26, 2017, the Court pointed out the omissions to court reporter Karren K. Jones and ordered her to file true and correct copies of the missing exhibits within fifteen days. To date, Jones has neither complied with the Court's order nor offered an explanation for why she is unable to comply. Accordingly, we **GRANT** appellant's motion and order the following relief.

We **ORDER** court reporter Karren K. Jones to file, within **FIFTEEN DAYS** of the date of this order, true and correct copies of State's exhibit 76 and defense exhibits 2 and 4. If Jones does not file the missing exhibits within fifteen days as ordered, the Court may utilize its available remedies including ordering Jones not to sit until the complete record is filed.

Appellant's brief shall be due thirty days after Jones files the missing exhibits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Karren K. Jones, deputy official court reporter, 265th Judicial District Court; and counsel for all parties.


/s/     LANA MYERS
        JUSTICE